**Christopher Lang**
**Audiovisual Producer and Analyst**
**1137 Elizabeth Street, Madison, WI 53703**
**608-835-6722**

**Harris v. City of LaCrosse**

I have conducted audio and video analysis and editing for criminal cases since 2015, both independently and for the Wisconsin State Public Defender.

I was hired independently by Attorney Lisa Goldman ($125/hr) to review video and audio media provided by the LaCrosse Police Department and the defendants in this case. This is my third case for a federal court.

Attorney Goldman shared the following media files containing recordings from the event in question.

| | |
|---|---|
| 1VU2265-officer eddy 20-09144 video.MP4 | Officer's body-worn camera footage |
| 1VU2277-clason - 20-09144-45.45.MP4 | Officer's body-worn camera footage |
| 1VU2393-teff - 20-09144 - 27.44.MP4 | Officer's body-worn camera footage |

The video clips provided did not contain any burned-in (on-screen) reference timecode.

Upon review of the provided video footage, I also found that each video source clip to be out of synch with its corresponding audio track (video and audio tracks did not line up) by approximately 8 video frames, so I proceeded to manually re-align the video and audio tracks for each of the provided clips.

Once the individual clip audio sync was obtained, I was able to create a composite of both Officer Eddy and Clason's video feed in order for Attorney Goldman to view the separate camera angles concurrently in real time.

From that source, Attorney Goldman sought to emphasize portions in chronological sequence. Attorney Goldman provided information identifying the events in question. The video portion focused on the most informative views, and the audio tracks were selected based on clarity of the recorded voices.

I visually determined that the two separate video clips were recorded at the same time from different vantage points of the same incident.

No other edits were made to the recorded dialogue or video footage. No alterations were made to the chronology of events captured on video.

I provided Attorney Goldman with the following three final video files.

| | |
|---|---|
| **Harris Highlights 02_26_2024** | Edited video clips |
| **Complete Synch.mp4** | Composite of all three supplied video clips |
| **Synched video 50.mp4** | Composite of the incident in question – 50% speed |

Sincerely,

*[signature]*

Christopher Lang

Christopher L. Lang - Audiovisual Producer and Analyst - 1137 Elizabeth Street, Madison, WI 53703 - 608-835-6722