**Christopher Lang**
**Audiovisual Producer and Analyst**
**1137 Elizabeth Street, Madison, WI 53703**
**608-835-6722**

**Harris v. City of LaCrosse**  Addendum 7/26/2024

Since the original recorded source footage was not retained by the police department, I worked with the exported .mp4 video file provided by Attorney Goldman. Upon my request, Attorney Goldman requested access to the original, proprietary recording (and accompanying video player). We were told that those original recordings were no longer available because the agency had switched vendors. The files I was provided had timing issues as noted in my original report.

Since the file provided to us would not play correctly for the court (playback froze around the 25-minute mark), I converted the clip into two separate video files in both the .mp4 and .wmv formats using video processing software. This was a simple one-to-one conversion. No edits were made to the source footage.

The audio and video tracks in the resulting clips are out of synchronization just as the original file that was provided to me. I am unable to ascertain why that is the case without more information about the process to export the working video file from the original, proprietary recording. The timing sync slip is gradual over time, so it cannot be corrected manually in video editing software.

Sincerely,

*[signature]*

Christopher Lang